UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GREAT AMERICAN INSURANCE COMPANY,
a/s/o TEXPORT LLC d/b/a K&K HOME
FASHIONS, LTD.,

                <u>Plaintiff</u>,

-against-

JET FREIGHT INTERNATIONAL,

                <u>Defendant</u>.

------------------------------------------------------------x

08 Civ. 1656 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       July 21, 2008

                                        _____
                                        GERARD E. LYNCH
                                        United States District Judge